IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| UNITED STATES OF AMERICA | Case No. 22-1771-ADC |
|---|---|
| V. | |
| ZIYON THOMPSON | |

### AFFIDAVIT IN SUPPORT OF
### COMPLAINT AND ARREST WARRANT

I, David Cheplak, Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF"), being first duly sworn, hereby depose and state as follows:

### INTRODUCTION

1. This affidavit is made in support of a complaint and arrest warrant for Ziyon Isaiah THOMPSON of Baltimore, Maryland, charging him with 21 U.S.C. § 846, conspiracy to distribute controlled substances, and interference with interstate commerce by extortion, in violation of 18 U.S.C. § 1951.

2. In May 2022, the ATF and Baltimore Police Department ("BPD") Homicide Unit began working together on a drug-related murder in which a marijuana trafficker from California was abducted, tortured, shot, and set on fire inside a residence in Baltimore, Maryland. As further described below, investigators believe that Ziyon Isaiah THOMPSON is one of the individuals responsible for this violent act.

3. I have not included all the information known to investigators in this affidavit but have included information I believe to be necessary for a determination of probable cause for the charged offense.

### AFFIANT BACKGROUND

4. I am an "investigative or law enforcement officer of the United States" within the meaning of Section 2510(7) of Title 18, United States Code, that is, an officer of the United States

who is empowered by law to conduct investigations of and to make arrests for offenses enumerated in Section 2516 of Title 18.

5. I have been a Special Agent with ATF since 2007 and I am currently assigned to the ATF Baltimore Field Division, Group VII. I attended the Department of Homeland Security's Criminal Investigator Training Program and ATF's Special Agent Basic Training for a combined period of 26 weeks. I worked for two years as a federal police officer with the Federal Bureau of Investigation ("FBI") Police Unit before joining ATF.

6. I have previously participated in multiple investigations involving criminal conspiracies, use of a firearm in furtherance of drug trafficking, federal controlled substance laws, arson and the illegal possession of firearms. I have participated in multiple investigations involving these offenses, been the affiant on search warrants related to these offenses and made arrests of suspects for these offenses and other violent crimes. I am familiar with the applicable federal statutes and the methods employed by those who perpetrate these acts. I am familiar with the appearance, prices, and terminologies involving the possession, use, and distribution of controlled dangerous substances. I made numerous arrests in the course of my career for narcotics, and I personally seized controlled dangerous substances including cocaine, heroin, marijuana, and illegally obtained prescription drugs. I am familiar with the methods used by drug traffickers to manufacture, smuggle, safeguard, and distribute narcotics, and to collect and launder trafficking-derived proceeds.

## PROBABLE CAUSE

7. On May 8, 2022, at approximately 7:03 p.m., firefighters from the Baltimore Fire Department ("BFD") responded to a vacant residence at 325 Furrow Street, Baltimore, Maryland in response to a house fire. They encountered the burnt body of an unknown male inside with

gunshot wounds. BPD Homicide detectives responded to the scene and recovered a gas can and 9mm shell casings in the residence. BFD investigators ruled that the fire was intentionally set.

8. On that same date, at approximately 10:16 p.m. (7:16 p.m. on the west coast), A.M. and W.M. reported to the Ceres (California) Police Department ("CPD") that Miguel Soto-Diaz had been abducted in Baltimore by an individual known to them as "Fats" and/or "Ziyon Isiah" (later positively identified as Ziyon Isaiah THOMPSON) and was being held for ransom. THOMPSON asked A.M. to provide a large quantity of marijuana and cash from A.M.'s profits in exchange for Soto-Diaz's life. A.M. identified THOMPSON as a black male and described distinctive necklaces worn by THOMPSON. Based on an Instagram photograph of "Fats/Ziyon Isiah" provided by A.M. (Figure 1), investigators used Facial Recognition Software to develop THOMPSON as a potential suspect (Figure 2). A photo array was then shown to both A.M. and W.M. in a double-blind format, who both confirmed that THOMPSON was the individual to which they were referring.



Figure 1                                                     Figure 2

9. A.M. told law enforcement that THOMPSON had initially reached out to him through Instagram to obtain marijuana and shortly thereafter, the two established a relationship in which A.M., W.M., and Soto-Diaz trafficked large quantities of marijuana from California to

3

Maryland for THOMPSON. Both A.M. and W.M. advised that THOMPSON travelled from Baltimore to California in late April 2022 to discuss the sale of marijuana and stayed with them at their house for several days to see where they grew the product. W.M. provided several videos from her Ring Doorbell camera which showed THOMPSON coming and going from their house over the course of two days. Law enforcement reviewed A.M.'s cell phone and read discussions between A.M. and THOMPSON about Soto-Diaz's marijuana distribution operation, along with pictures and videos of the product.

10.     A.M. stated he contacted THOMPSON on several different phone numbers and noted that since Soto-Diaz did not speak English, A.M. communicated directly with THOMPSON to help facilitate their illegal activity. I reviewed A.M.'s phone and analyzed his call detail records. I found that beginning in April 2022, A.M. began communicating with THOMPSON by calling 410-725-1786, which was listed in A.M.'s cell phone as "Fats-Maryland". Specifically, A.M. and THOMPSON communicated in late April 2022 and again in early May 2022 to coordinate the purchase of marijuana by THOMPSON from Soto-Diaz.

11.     I learned that shortly after THOMPSON's trip to California, Soto-Diaz arranged for the delivery of marijuana from California to Maryland by A.F. According to A.F., she flew to Baltimore to meet with THOMPSON. She gave THOMPSON a suitcase full of marijuana. A.F. identified the person she delivered the suitcase to as a black male and described the distinctive necklaces that he wore.

12.     Soto-Diaz travelled to Baltimore on May 7, 2022, to meet with THOMPSON and discuss additional deliveries of marijuana and other business issues. However, the day Soto-Diaz arrived in Baltimore, THOMPSON started using a new phone number (henceforth referred to as "the Ransom Phone"). A.M. communicated directly with THOMPSON on the Ransom Phone

during the trip to help facilitate the pick-up of Soto-Diaz from the Baltimore-Washington International airport by THOMPSON.

13.     A.M. advised that the next day (May 8, 2022) around noon on the west coast, he received a "FaceTime" call from the Ransom Phone during which THOMSPON filmed Soto-Diaz in a chair with duct tape over his mouth and zip-ties on his hands and ankles.[1]  During the FaceTime call, THOMPSON demanded 200 lbs. of marijuana and $50,000 for the safe return of Soto-Diaz.  A.M. asked for a picture to be sent, so THOMPSON sent a picture via text message (as depicted below in Figure 3) from the Ransom Phone and stated, "Papi said send the bags and money so he can be ok and he said don't call the police or he want [sic] be coming home.  We had a long conversation.  200 bags and 50k."



**Figure 3**

14.     Later that evening, A.M. texted THOMPSON and stated, "It's all bad.  My uncles are coming with the feds", to which THOMPSON responded, "[Laughing emojis] Y'all not even legal so if y'all coming with the Feds tell y'all sell weed."  A.M. explained that his text about

---

[1] "FaceTime" is a real-time video phone call that can be made from one Apple iPhone to another.

contacting federal agents was a lie and that he sent it at the suggestion of a family member while they were trying to figure out what to do.

15. Through the analysis of Call Detail Records of A.M.'s phone and the Ransom Phone, I was able to determine that the Ransom Phone was activated in Baltimore the day before the abduction/murder and just hours before Soto-Diaz arrived in Baltimore. I then found the location where THOMPSON purchased the Ransom Phone and obtained a time-stamped CCTV video of THOMPSON and his associate purchasing the Ransom Phone in the store (Figure 4). In the video, THOMPSON can be seen wearing the same distinctive necklaces seen in the aforementioned Instagram photo (Figure 1) and as described by A.M. and A.F.




**Figure 4**                    **Figure 1**

16. According to T-Mobile, the Service Provider, the Ransom Phone was a pre-paid phone with no subscriber information and is no longer in use. Based on my training and experience, I know that it is common for criminals to use prepaid phones that do not require user information to evade law enforcement. Furthermore, I believe that THOMPSON pre-planned the abduction and robbery of Soto-Diaz as evidenced by his purchase of what he believed to be a phone number that could not be traced back to him.

17. On May 26, 2022, U.S. Magistrate Judge Beth P. Gesner authorized a warrant to track the cell phone used by THOMPSON, which is the same phone number that he had previously used to communicate with A.M before buying the Ransom Phone. The tracking of the cell phone helped investigators locate THOMPSON and verify through physical surveillance that THOMPSON was in fact the individual with whom the victim and A.M. had been conspiring. For example, on May 31, 2022, surveillance units monitored the location of the cell phone being tracked and observed THOMPSON wearing the same distinctive necklace as referenced above. When THOMPSON left the area, the "pings" from the cell phone moved as well. Furthermore, on June 1, 2022, surveillance units again monitored the location of the cell phone being tracked and observed THOMPSON enter a silver 2011 Audi S5 bearing DE temp tag XQ230686, a vehicle registered in his name.

## CONCLUSION

18. Based on the foregoing, I believe that there is probable cause that from at least April 2022 - May 2022, Ziyon Isaiah THOMPSON participated in a conspiracy with Miguel Soto-Diaz, A.M., and others to traffic large quantities of marijuana from California to Maryland, in violation of 21 U.S.C. § 846; further, there is probable cause that on May 8, 2022, THOMPSON interfered with interstate commerce by extortion , in violation of 18 U.S.C. § 1951.

Respectfully submitted,

_____
Special Agent David Cheplak
Bureau of Alcohol, Tobacco, Firearms and Explosives

Affidavit submitted by email and attested to me as true and accurate by telephone consistent with Fed. R. Crim. P. 3 and 4.1 and this  6th  day of June, 2022.

*A. David Copperthite*
Hon. A. David Copperthite
United States Magistrate Judge
District of Maryland