AO 442 (Rev. 11/11) Arrest Warrant

PCM_2022R00304

# UNITED STATES DISTRICT COURT
for the
District of Maryland

USDC- BALTIMORE
'22 JUN 14 AM 10:26

✓ FILED ___ ENTERED
___ LOGGED ___ RECEIVED

2:31 pm, Jun 14 2022
AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ Deputy

United States of America
v.

ZIYON THOMPSON

Case No. 22-1771-ADC

*Defendant*

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* ZIYON THOMPSON,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to Possess with Intent to Distribute Controlled Substances, 21 U.S.C. § 846
Interference with Interstate Commerce by Extortion, 18 U.S.C. § 1951

Date: 6 June 2022

*A. David Copperthite*
*Issuing officer's signature*

City and state: Baltimore, MD

A. David Copperthite, US Magistrate Judge
*Printed name and title*

---

### Return

This warrant was received on *(date)* 6/6/2022, and the person was arrested on *(date)* 6/8/2022
at *(city and state)* Baltimore, MD.

Date: 6/8/2022

*Arresting officer's signature*

Bryan P. Kershaw TFO
*Printed name and title*