JTW: 06.13.22
PCM: USAO 2022R00304

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

USDC - BALTIMORE
'22 JUN 15 PM 12:10

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CRIMINAL NO. SAG 22 cr 206 |
| | * | |
| ZIYON THOMPSON, | * | (Interference with Commerce by |
| | * | Extortion, 18 U.S.C. § 1951(a); |
| Defendant | * | Conspiracy to Possess with the Intent |
| | * | to Distribute a Controlled Substance, |
| | * | 21 U.S.C. § 841(a); Use of a Firearm |
| | * | Resulting in Death During and in |
| | * | Relation to a Drug Trafficking Crime, |
| | * | 18 U.S.C. § § 924(c) and (j); Aiding |
| | * | and Abetting, 18 U.S.C. § 2; |
| | * | Forfeiture, 18 U.S.C. § 924(d), 28 |
| | * | U.S.C. § 2461(c), 21 U.S.C. § 853) |
| | * | |

*******

## INDICTMENT

### COUNT ONE
**(Interference with Commerce by Extortion)**

The Grand Jury for the District of Maryland charges that:

On or about May 8, 2022, in the District of Maryland, the defendant,

**ZIYON THOMPSON,**

did knowingly attempt to obstruct, delay, and affect commerce and the movement of articles and commodities in commerce by extortion, as those terms are defined in Title 18, United States Code, Section 1951, that is, the defendant attempted to obtain the property of Miguel Soto-Diaz, with his consent induced by the wrongful use of force, violence, and fear.

18 U.S.C. § 1951(a)
18 U.S.C. § 2

## COUNT TWO
**(Conspiracy to Possess with the Intent to Distribute a Controlled Substance)**

The Grand Jury for the District of Maryland further charges that:

On or around March 2022 through May 2022, in the District of Maryland, the defendant,

## ZIYON THOMPSON,

did knowingly combine, conspire, confederate, and agree with persons known and unknown to the Grand Jury to distribute and possess with the intent to distribute a mixture and substance containing a detectable amount of marijuana, a Schedule I controlled substance, in violation of 21 U.S.C. § 841.

21 U.S.C. § 846

## COUNT THREE
**(Use of a Firearm Resulting in Death During and in Relation to a Drug Trafficking Crime)**

The Grand Jury for the District of Maryland further charges that:

On or about May 8, 2022, in the District of Maryland,

## ZIYON THOMPSON,

did knowingly use, carry, brandish, and discharge a firearm during and in relation to a drug trafficking crime for which he may be prosecuted in a court of the United States, namely, conspiracy to distribute controlled substances, in violation of Title 21 of the United States Code, Section 846, and during and in relation to that crime did cause the death of a person, Miguel Soto-Diaz, through the use of a firearm, which killing constituted first degree murder, as defined in Title 18 of the United States Code, Section 1111.

18 U.S.C. § 924(c) and (j)
18 U.S.C. § 2

## **FORFEITURE**

The Grand Jury for the District of Maryland further charges that:

1. Pursuant to Rule 32.2, Fed. R. Crim. P., notice is hereby given to the Defendant that the United States will seek forfeiture as part of any sentence in accordance with 28 U.S.C. § 2461(c) and 18 U.S.C. § 924(d), in the event of the Defendant's conviction.

2. Pursuant to 18 U.S.C. § 924(d), upon conviction of the offense alleged in Count One, the Defendant shall forfeit to the United States any firearms and ammunition involved in the offense.

18 U.S.C. § 924(d)
28 U.S.C. § 2461(c)

*Erek L. Barron* /peu
Erek L. Barron
United States Attorney

A TRUE BILL:

**SIGNATURE REDACTED**

Foreperson

Date: 6/15/2022

4