IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| v. | : | **CRIMINAL NO. SAG-22-206** |
| **ZIYON THOMPSON,** | : | |
| **Defendant** | : | |

**ORDER**

Upon consideration of the Government's Motion for Exclusion of Time from Speedy Trial Computations, the Court finds as follows:

The Government is in the process of producing discovery. The Defendant needs time to review the discovery with his new counsel. The parties need time to engage in plea negotiations after reviewing the discovery.

A plea disposition would serve the interests of justice because it would allow the parties to enter into a mutually acceptable and beneficial disposition and would also preserve the resources that might otherwise be expended in a trial.

The circumstances of this case permit such a delay and an exclusion of time during this period. Periods of delay that extend the time within which trial should commence include delays granted by the Court on the basis of a finding that the ends of justice are served by taking such action outweigh the best interest of the public and the Defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

In addition, counsel for the Defendant consents to the request.

Therefore, because the interest of justice served by such a delay outweighs the interests of the defendant and the public in a speedy trial, the period from July 7, 2022, through August 31,

4

2022, is excluded from computation under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7).

IT IS HEREBY ORDERED pursuant to 18 U.S.C. § 3161(h)(7), that the period from July 7, 2022, through August 31, 2022, shall be excluded from computation under the Speedy Trial Act; and

The Clerk of the Court shall mail a copy of this Order to all counsel of record.

|  |  |
|---|---|
| \_\_\_July 14, 2022\_\_\_<br>Date | _____/s/_____<br>The Honorable Stephanie A. Gallagher<br>United States District Judge |

5